UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA\

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMAN KUSHNIR,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>Defendants. | Case No. 24-cv-06746-PHK<br><br>**ORDER RE: PLAINTIFF'S COUNSEL** |

In this immigration mandamus action, Plaintiff has been represented by attorney Svetlana Kaff. The Court has learned that Ms. Kaff is not currently an active member of the California Bar. *See* https://apps.calbar.ca.gov/attorney/Licensee/Detail/220911 (last accessed November 20, 2025) (showing Svetlana Kaff's license status as inactive since July 8, 2025); *see also* Dkt. 13. Plaintiff therefore is not currently represented by an attorney licensed to practice law before this Court.

In light of this development, Plaintiff **SHALL** retain and have substitute counsel appear by **JANUARY 16, 2025**, or, alternatively, Plaintiff **SHALL** enter appearance *pro se* by that same deadline. The Court hereby provides notice to Plaintiff that if Plaintiff does not have substitute counsel appear or does not appear *pro se* by the deadline, that failure to obey this Court order may have negative consequences for Plaintiff's case, including potentially the issuance of an Order to Show Cause as to why the case should not be dismissed for failure to prosecute and failure to obey a Court Order.

Plaintiff is **ADVISED** that there are several resources available for *pro se* litigants. The Court makes available a guide for *pro se* litigants called "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. This guide is available electronically online at

https://cand.uscourts.gov/representing-yourself/pro-se-handbook or in hard copy free of charge from the office of the Clerk of Court. The Court additionally has a webpage with resources for *pro se* litigants: https://cand.uscourts.gov/representing-yourself.

The Government **SHALL** use diligent, good faith efforts to send a Copy of this Order directly to Plaintiff **by DECEMBER 12, 2025**. Further, the Government **SHALL** file a Status Report regarding its success or status in sending a copy of this Order to Plaintiff **by January 5, 2026** and include in that Status Report the contact information used for Plaintiff and status regarding any communications with any substitute counsel (if any) for Plaintiff.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff at his address of record: 5611 Zoram Ct., Sacramento, CA 95841. [Dkt. 1 at 1].

**IT IS SO ORDERED.**

Dated: December 5, 2025

PETER H. KANG
United States Magistrate Judge