CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMAN KUSHNIR,<br><br>  Plaintiff,<br><br> v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 3:24-cv-06746 PHK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

On December 5, 2025, the Court ordered the Defendants to send a copy of the Order re: Plaintiff's Counsel to Plaintiff by December 12, 2025, and submit a status report by January 5, 2026. Dkt. No. 17. Defendants mailed a copy of the Order to Plaintiff on December 8, 2025. On December 22, 2025, Plaintiff entered an appearance. Dkt. No. 18.

Plaintiff filed a complaint seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on August 25, 2025, as scheduled. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See*

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 3:24-cv-06746 PHK                              1

https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 30, 2025).

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 2, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: January 5, 2026

 /s/ Roman Kushnir
ROMAN KUSHNIR
*Pro Se*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/6/2026

PETER H. KANG
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Joint Status Report and Stipulation to Continue
the Stay Proceedings; and [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Roman Kushnir
5611 Zoram Court
Sacramento, CA  95841

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 5, 2026

                                                       */s/ Tiffani Chiu*
                                                     TIFFANI CHIU
                                                     Paralegal Specialist